IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:11-CR-92-CAR |
| | : | |
| v. | : | VIOLATION: 21 U.S.C. § 846 |
| | : | 21 U.S.C. § 841(a)(1) |
| GARY JOHNATHAN TANNER | : | 21 U.S.C. § 841(b)(1)(C) |
| TRAVIS SENTELL WEST | : | 21 U.S.C. § 856(a)(1) |
| DONTRELL PINKSTON | : | 21 U.S.C. § 856(b) |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
<u>CONSPIRACY TO DISTRIBUTE COCAINE</u>

That between January 1, 2011 and July 30, 2011, the exact dates being unknown to the

Grand Jury, in the Macon Division of the Middle District of Georgia, and elsewhere within the

jurisdiction of this court,

GARY JOHNATHAN TANNER,
TRAVIS SENTELL WEST
and
DONTRELL PINKSTON

aided and abetted by each other, did unlawfully, intentionally and willfully conspire with each

other and with others both known and unknown to the Grand Jury, to possess with the intent to

distribute a Schedule II controlled substance, to-wit: a mixture and substance containing a

detectable amount of cocaine, all in violation of Title 21, United States Code, Section 846, i/c/w

Title 21, United States Code, Sections 841(a)(1), 841 (b)(1)(C) and Title 18, United States Code,

Section 2.

## COUNT TWO
## MAINTAINING A DRUG INVOLVED PREMISES

That between January 1, 2011 and July 30, 2011, in the Macon Division of the Middle

District of Georgia,

### TRAVIS SENTELL WEST
### and
### DONTRELL PINKSTON

aided and abetted by each other and by others unknown to the Grand Jury, did unlawfully,

knowingly use and maintain a place, to-wit: 105 Pine Avenue, Milledgeville, Georgia for the

purpose of possessing with the intent to distribute a Schedule II controlled substance, to- wit: a

mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United

States Code, Sections 856(a)(1) and 856(b) and Title 18, United States Code, Section 2.

## COUNT THREE
## DISTRIBUTION OF COCAINE

That on or about April 22, 2011, in the Macon Division of the Middle District of Georgia,

### GARY JOHNATHAN TANNER
### and
### TRAVIS SENTELL WEST

aided and abetted by each other and by others unknown to the Grand Jury, did unlawfully,

knowingly, willfully and intentionally distribute a Schedule II controlled substance, to-wit:

cocaine, all in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(C) and

Title 18, United States Code, Section 2.

## COUNT FOUR
## DISTRIBUTION OF COCAINE

That on or about May 5, 2011, in the Macon Division of the Middle District of Georgia,

### TRAVIS SENTELL WEST

aided and abetted by others unknown to the Grand Jury, did unlawfully, knowingly, willfully and intentionally distribute a Schedule II controlled substance, to-wit: cocaine, all in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT FIVE**
**DISTRIBUTION OF COCAINE**

That on or about May 16, 2011, in the Macon Division of the Middle District of Georgia,

**TRAVIS SENTELL WEST**
**and**
**DONTRELL PINKSTON**

aided and abetted by each other and by others unknown to the Grand Jury, did unlawfully, knowingly, willfully and intentionally distribute a Schedule II controlled substance, to-wit: cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT SIX**
**DISTRIBUTION OF COCAINE**

That on or about May 23, 2011, in the Macon Division of the Middle District of Georgia,

**DONTRELL PINKSTON**
**and**
**TRAVIS SENTELL WEST**

aided and abetted by each other and by others unknown to the Grand Jury, did unlawfully, knowingly, willfully and intentionally distribute a Schedule II controlled substance, to-wit: cocaine, all in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SEVEN
## DISTRIBUTION OF COCAINE

That on or about July 12, 2011, in the Macon Division of the Middle District of Georgia,

**DONTRELL PINKSTON**
**and**
**TRAVIS SENTELL WEST**

aided and abetted by each other and by others unknown to the Grand Jury, did unlawfully,

knowingly, willfully and intentionally distribute a Schedule II controlled substance, to-wit: cocaine,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United

States Code, Section 2.

A TRUE BILL.

s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

_____
CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* _____ */ 5* _____ *day of*

_____ *A.D. 20* __*11*__

-------------------------------
                                        *Clerk*